BENJAMIN MATTHEW MELTON
REG. NO. 50533-177
FCI TEXARKANA
FEDERAL CORR. INSTITUTION
P.O. BOX 7000
TEXARKANA, TX 75505

February 17, 2026

Mr. David A. O'Toole
Clerk of Court
U.S. District Court
Eastern District of Texas
Texarkana Division
United States Courthouse and Post Office
500 North State Line Avenue
Texarkana, Texas 75501

      RE:  *Melton v. Warden, FCI Texarkana*
            Civil No. 5:26-cv-_____
            Crim No. 5:23-cr-00099-JD-1

Dear Mr. O'Toole:

Enclosed please find and accept for filing Petitioner's Application for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Memorandum of Law in Support. Please submit these documents to the Court. The five dollar ($5.00) filing fee will be forthcoming as soon as the § 2241 Petition is docketed by the Court.

Thank you for your assistance in this matter.

                    Sincerely,

                    BENJAMIN MATTHEW MELTON
                    Appearing *Pro Se*

*Encl. as noted*