UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| BENJAMIN MELTON | § | |
| v. | § | CIVIL ACTION NO. 5:26cv24-RWS-JBB |
| FCI TEXARKANA WARDEN | § | |

REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The Petitioner Benjamin Melton, proceeding *pro se*, filed this application for the writ of habeas corpus under 28 U.S.C. § 2241 complaining about the calculation of his sentence.  The petition was referred to the undersigned United States Magistrate Judge for pretrial purposes in accordance with 28 U.S.C. § 636.

On March 9, 2026, Petitioner was ordered, within thirty days from the date of receipt of the order, to either pay the statutory $5.00 filing fee or to provide an application for leave to proceed *in forma pauperis* which was accompanied by a certified *in forma pauperis* data sheet or inmate account record. Dkt. No. 3. A copy of the March 9 Order was sent to Petitioner at his last known address,[1] but to date, he has not complied with the March 9 Order or responded in any way.

A district court may dismiss an action for failure of a litigant to prosecute or to comply with any order of the court.  *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988); FED. R. CIV. P. 41(b).  Such a dismissal may be done *sua sponte* and appellate review is confined to whether the district court abused its discretion in dismissing the action.  *Id.* (citing *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962)). Petitioner's failure to prosecute his case is demonstrated by his

---

[1] The Fifth Circuit has explained that where a letter is properly placed in the United States mail, a presumption exists that the letter reached its destination in the usual time and was actually received by the person to whom it was addressed. *Faciane v. Sun Life Assurance Company of Canada*, 931 F.3d 412, 420-21 and n.9 (5th Cir. 2019).

failure to pay the $5.00 filing fee or to submit an application for leave to proceed *in forma pauperis* and a certified *in forma pauperis* data sheet or inmate account record, as ordered by the Court.

Petitioner's failure to comply with the Court's order is not an action which threatens the judicial process, rendering dismissal with prejudice unwarranted.  The imposition of fines and costs is not appropriate given the status and nature of this case.  Upon consideration of all relevant factors, the Court has determined that the interests of justice are best served by a dismissal of this petition without prejudice.

RECOMMENDATION

It is accordingly recommended that the above-styled application for the writ of habeas corpus be dismissed without prejudice for failure to prosecute or to obey an order of the Court. FED. R. CIV. P. 41(b).

A party's failure to file objections to the findings, conclusions, and recommendations contained in this Report within fourteen (14) days after service with a copy thereof shall bar that party from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

SIGNED this the 14th day of April, 2026.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE

2