**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| BENJAMIN MELTON | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:26-CV-24-RWS-JBB |
| | § | |
| WARDEN, FCI TEXARKANA | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

Pursuant to the Court's order adopting the report and recommendation of the magistrate judge, the Court hereby enters final judgment. Accordingly, it is

**ORDERED** that the above-entitled and numbered petition for the writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** that any pending motions in the above-captioned case are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 17th day of June, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE