FILED USDC TXED
JUL 9 2026 AM11:01

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| BENJAMIN MELTON | § | |
| v. | § | CIVIL ACTION NO. 5:26cv24-RWS-JBB |
| FCI TEXARKANA WARDEN | § | |

**MOTION TO REINSTATE PETITION AND ACCEPT PAYMENT OF FILING FEE**

Petitioner Benjamin Melton respectfully moves the Court to reinstate the above-captioned action and would show the Court the following:

1. Petitioner previously filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

2. The Court dismissed the action without prejudice after Petitioner failed to timely pay the $5.00 filing fee.

3. Petitioner now submits the required $5.00 filing fee in the form of a United States Postal Money Order enclosed with this Motion.

4. Because the dismissal was without prejudice and the filing fee deficiency has now been cured, Petitioner respectfully requests that the Court reinstate this action and permit the case to proceed on the merits.

WHEREFORE, PREMISES CONSIDERED, Petitioner respectfully requests that the Court accept the enclosed $5.00 filing fee, reopen and reinstate this action, and grant such other and further relief to which he may be entitled.

Respectfully submitted,

BENJAMIN MELTON
REG. NO. 50533-177
FCI TEXARKANA
FEDERAL CORR. INSTITUTION
P.O. BOX 7000
TEXARKANA, TEXAS 75505